# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover         Date: August 25, 2009
Court Reporter:        Paul Zuckerman
Probation Officer:    Kurt Thoene

Criminal Action No. 07-cr-00489-MSK

*Parties*:                                            *Counsel*:

UNITED STATES OF AMERICA,                 David Connor

        Plaintiff,

v.

ROY TREMAYNE RANDLE,                      John Sullivan

        Defendant.

---

## SENTENCING MINUTES
---

**1:47 p.m.**      **Court in session**.

This hearing continued from July 31, 2009.

Defendant present  in custody.

The Court addresses the briefing submitted by counsel since the last hearing (Doc. #44, #45)

Supplemental argument by counsel regarding the variance motion and departure request.

Allocution. - Statements made by: The defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Oral findings are made of record.

**ORDER:**      Government's Motion for Downward Departure (**Doc. #34**) is **GRANTED.**

**ORDER:**      Defendant's Motion for Variant sentence (**Doc. #41**) is **DENIED.**

**ORDER:**      **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

Sentencing Minutes
Judge Marcia S. Krieger
Page 2


The defendant is advised of his right to appeal.

**ORDER:**    Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:45 p.m.**    **Court in recess.**

Total Time:   58 minutes
Hearing concluded.